United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01173-HWV
Dustin Allen Smith  Chapter 13
Nicole Renae Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jun 13, 2024  Form ID: ntcnfhrg  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin Allen Smith, Nicole Renae Smith, 2400 Chambersburg Road, Biglerville, PA 17307-9548 |
| 5616223 | + | PayPal, WebBank, 215 S. State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 5616224 | | PennyMac Loan Services, LLC, P O Box 4095, Carol Stream, IL 60197-4095 |
| 5616227 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5616212 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 13 2024 18:59:32 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5616213 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 13 2024 18:59:28 | Affirm, Inc., 30 Isabella Street, 4th floor, Pittsburgh, PA 15212-5862 |
| 5616218 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 13 2024 18:51:00 | Credit Corp Solutions Inc., 63 East 11400 South, #408, Sandy, UT 84070 |
| 5616214 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5618217 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:38 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5616215 | + | Email/Text: bankruptcy@cavps.com | Jun 13 2024 18:52:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5616825 | + | Email/Text: bankruptcy@cavps.com | Jun 13 2024 18:52:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5616217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 18:59:23 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790040, St Louis, MO 63179-0040 |
| 5616219 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 18:59:33 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5616216 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2024 18:59:31 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5616220 | + | Email/Text: Documentfiling@lciinc.com | Jun 13 2024 18:51:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 5616221 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 18:59:32 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5616222 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 13 2024 18:52:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5616225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 18:59:42 | Portfolio Recovery Associates, LLC, P O Box 12914, Norfolk, VA 23541 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5624200 | + | Email/Text: bankruptcynotices@psecu.com | Jun 13 2024 18:53:00 | PSECU, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 5616226 | + | Email/Text: bankruptcynotices@psecu.com | Jun 13 2024 18:53:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5616228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5616229 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:30 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5616230 | | Email/Text: bknotice@upgrade.com | Jun 13 2024 18:51:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Dustin Allen Smith ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Nicole Renae Smith ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dustin Allen Smith,

**Debtor 1**

Nicole Renae Smith,
fka Nicole Renae Keyser,

**Debtor 2**

Chapter 13

Case No. 1:24−bk−01173−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 24, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2024 |

ntcnfhrg (08/21)