Certificate Number: 16339-PAM-DE-038765281

Bankruptcy Case Number: 24-01173



16339-PAM-DE-038765281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2024</u>, at <u>9:02</u> o'clock <u>PM EDT</u>, <u>Dustin Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>August 13, 2024</u>          By:      /s/Kelley Tipton

                              Name:  Kelley Tipton

                              Title:  Certified Financial Counselor