United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                          Case No. 24-01173-HWV
Dustin Allen Smith                                         Chapter 13
Nicole Renae Smith
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                      Page 1 of 2
Date Rcvd: Aug 27, 2024                  Form ID: pdf010                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 18:40:00 | Cavalry SPV I LLC, as assignee of Citibank NA, PO Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Dustin Allen Smith ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Nicole Renae Smith ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DUSTIN ALLEN SMITH<br>NICOLE RENAE SMITH<br>    DEBTORS | : <br>:<br>:<br>: | CHAPTER 13<br><br>CASE NO. 1:24-bk-01173-HWV |
| | DUSTIN ALLEN SMITH<br>NICOLE RENAE SMITH<br>    MOVANTS | :<br>:<br>:<br>: | |
| | VS. | :<br>: | |
| | CAVALRY SPV I, LLC AS<br>ASSIGNEE OF CITIBANK, N.A.<br>    RESPONDENT | :<br>:<br>: | |

## ORDER

Upon consideration of the Debtor's Objection to Proof of Claim #1 filed by Cavalry SPV I, LLC as assignee of Citibank, N.A., Doc. 20, and no objections having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #1 filed by Cavalry SPV I, LLC as assignee of Citibank, N.A. is disallowed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 27, 2024