UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Dustin Allen Smith and Nicole Renae Smith aka Nicole Renae Keyser

                                      Case No.: 24-01173
                                      Adversary No.: _____
      Debtor                              Chapter: _____13_____
                                      Judge: Henry W Van Eck

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: PA-450-FB1
Reading, PA 19602

New Payment Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 2/12/25

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter #13
Dustin Allen Smith                                  Case No. 24-01173
Nicole Renae Smith aka Nicole Renae Keyser          Honorable Henry W Van Eck
Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Miguelina Candelario of Santander Bank, N.A., do hereby certify that on February 12, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 12th day of February 2025.

*Miguelina Candelario*
Miguelina Candelario
Santander Bank, N.A.
Bankruptcy Administrator
1130 Berkshire Boulevard
Wyomissing, PA 19610
(484) 512-3530
Email: DeftBkr@santander.us

VIA US MAIL
Dustin Allen Smith
Nicole Renae Smith
2400 Chambersburg Rd
Biglerville, PA 17307

Jack N Zaharopoulos
8125 Adams Dr STE A
Hummelstown, PA 17063

VIA ECF
Nicholas G Platt
NGP@MOONEY4LAW.COM