Confidential

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Dustin Allen Smith

Nicole Renae Smith

                Debtor

Case No.: <u>24-01173</u>
Adversary No.: _____
Chapter: _____13_____
Judge: <u>Henry W Van Eck</u>

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

**Old Payment Address:**

PO Box 847051
Boston, MA 02284-7051

**New Payment Address:**

PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address:**

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/6/25

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                           Chapter #13
Dustin Allen Smith
Nicole Renae Smith

                                                        Case No. 24-01173
                                                        Honorable Henry W Van Eck

Debtor

_____/

## CERTIFICATE OF SERVICE

       I,   Clarice Clopton of Santander Bank, N.A., do hereby certify that on December 6, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

       Signed under the penalties of perjury, this 6th day of December 2025.

                                                     *Clarice Clopton*
                                               Clarice Clopton
                                               Santander Bank, N.A.
                                               Bankruptcy Administrator
                                               10 Commons Boulevard
                                               Reading, PA 19605
                                               (469) 385-2823
                                               Email: DeftBkr@santander.us

VIA US MAIL
Dustin Allen Smith
Nicole Renae Smith
2400 Chambersburg Road
Biglerville, PA 17307

VIA ECF
Jack N Zaharopoulous-Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

Nicholas G. Platt
ngp@mooney4law.com